UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In re: Adesina B. Ogunlana

In Re:

Case No.: 22-14835-JKS

Adv. Pro. No.: _____

Chapter: 13

Subchapter V:  ☐ Yes  ☐ No

Hearing Date: 07/12/2022

Judge: John Sherwood

## ADJOURNMENT REQUEST

1. I, __Adesina B. Ogunlana__,

   ☐ am the attorney for: _____,

   ☒ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Medical emergency/eye surgery

   Current hearing date and time: July 12, 2022

   New date requested: _____

   Reason for adjournment request: Medical emergency/eye surgery

2. Consent to adjournment:

   ☐ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 07/06/2022

Signature: *Adesina Ogunlana*

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted           New hearing date: _____          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev. 10/2021*